## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

JAKE MOSBY and FRANCES MARIE MOSBY                                                   PLAINTIFFS

v.                                            NO. 4:10CV00770 JLH

JOYCE WILLIAMS                                                                        DEFENDANT

### ORDER

For good cause shown, the plaintiffs' motion to dismiss without prejudice is granted. Document #28. This action is hereby dismissed without prejudice.

IT IS SO ORDERED this 10th day of January, 2012.

*[signature: J. Leon Holmes]*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE