IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JAKE MOSBY and FRANCES MARIE MOSBY                              PLAINTIFFS

v.                           NO. 4:10CV00770 JLH

JOYCE WILLIAMS                                                   DEFENDANT

## ORDER

For good cause shown, the plaintiffs' motion to dismiss without prejudice is granted. Document #28. This action is hereby dismissed without prejudice.

IT IS SO ORDERED this 10th day of January, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE